# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN THE MATTER OF:

Civil No. 02-849 ADM
Bky No. 99-30128 DDO
Adv. No. 01-3020

### CLERK'S NOTICE OF RECEIPT AND ASSIGNMENT IN RE: BANKRUPTCY TRANSMITTAL

You are hereby notified that on 4/22/02, we filed the following:

### APPEAL FROM U. S. BANKRUPTCY COURT MATTER

| | |
|---|---|
| X | Clerk's Record on Appeal (see Briefing Schedule below) |

BRIEFING SCHEDULE FOR BANKRUPTCY APPEALS
Pursuant to Local Bankruptcy Rule 1305

Appellant to submit an original and two copies of brief within 15 days after entry of appeal on the docket.
Appellee to submit an original and two copies of brief within 15 days after service of appellant's brief.
Appellant may submit an original and two copies of a reply brief within 10 days after service of appellee's brief.

### OTHER BANKRUPTCY MATTERS/PROCEEDINGS

| | |
|---|---|
| | Motion, etc. for Leave to Appeal |
| | Transferred Adversary Proceeding Papers |
| | Motion to Withdraw Reference |
| | Order of Contempt |
| | Proposed Findings and Conclusions in non-core adversary |

This matter has been assigned to Judge Montgomery under the above civil action number, and counsel should contact Gertie Simon, Courtroom Deputy, at 612-664-5093 for further information concerning this matter.

DATE: April 23, 2002

RICHARD D. SLETTEN, CLERK
BY Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

cc: Clerk, U. S. Bankruptcy Court
U. S. Trustee
All Counsel of Record

C:\FORMS\BKYNOT.MER
Rev. June 6, 1995