UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD HETTLER,

Appellant,

v.

JOHN STOEBNER, TRUSTEE,

Appellee.

ORDER
Civil Nos. 01-1616, 01-2061; 01-2062; 01-2429; 02-849; 02-850; and 02-851

---

The above titled cases are currently in the reassignment process and will all be assigned to Judge Ann D. Montgomery.

Appellant Richard Hettler has requested an evidentiary hearing in these cases. IT IS HEREBY ORDERED that on or before May 20, 2002, Appellant file a brief outlining the legal authority establishing his right to an evidentiary hearing in an appeal to the District Court from a determination made in Bankruptcy Court. The Appellee shall respond by brief to be filed on or before June 3, 2002.

Dated: May 1, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

MAY 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK